UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHRISTINE A. CUMMINGS, et al.,

         Plaintiffs,

   v.                         NO. CIV. 2:99-2176 WBS KJM

KATHLEEN CONNELL, et al.,

         Defendants.

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Joint Status Report, the court hereby vacates the Status Conference scheduled for June 5, 2006.

The parties agree that the only two issues remaining before the court are: 1) entry of judgment awarding nominal damages to each class member; and 2) the amount of attorneys' fees to be awarded to plaintiff's counsel.

Plaintiff has filed a motion for entry of judgment which is scheduled to be heard on June 26, 2006. The parties' attorneys have reached a tentative accord on the second issue which is pending client approval.

///

1	Based on the foregoing information, the Status
2	Conference in this matter is continued to July 17, 2006 at 9:00
3	a.m. in Courtroom No. 5.  At that time, the parties will provide
4	to the court the current status of the above itemized issues.
5	Seven days before the status conference, the parties will file a
6	new status report to that effect.
7	DATED:  May 26, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE