W. JAMES YOUNG, Esq.
c/o National Right to Work Legal
    Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia  22160
(703) 321-8510

STEVEN R. BURLINGHAM, Esq.
California Bar No. 88544
Gary, Till & Burlingham
5330 Madison Avenue, Suite F
Sacramento, California  95841
(916) 332-8122
Facsimile — (916) 332-8153

ATTORNEYS FOR PLAINTIFFS AND THE CLASS

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO, CALIFORNIA

| | |
|---|---|
| CHRISTINE A. CUMMINGS; *et al.*, ON BEHALF OF THEMSELVES AND THE CLASS THEY REPRESENT,<br><br>    Plaintiffs,<br><br>v.<br><br>KATHLEEN CONNELL, Controller, State of California; *et al.*,<br><br>    Defendants. | [PROPOSED] AMENDED JUDGMENT IN A CIVIL CASE<br><br>CASE NO. CIV-S-99-2176 WBS KJM |

**XX** — **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

         IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED in accordance with the January 9, 2003, Decision of the United States Court of Appeals for the Ninth Circuit and the Mandate dated January 31, 2003, in accordance with the March 29, 2005, Decision of the United States Court of Appeals for the Ninth Circuit (as amended on May 17, 2005, and April 24, 2006), and the Mandate dated June 30, 2005, and in accordance with the Court's Memorandum and Order of June 20, 2006. Plaintiffs and each member of the class they represent are awarded nominal

damages to be paid in the amount of one dollar ($1.00) to each member of the class.

ENTERED: July 3, 2006

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SEEN AND AGREED:   /s/ Jeffrey B. Demain

        Jeffrey B. Demain
        Eileen B. Goldsmith
        Altshuler, Berzon, Nussbaum, Rubin & Demain
        177 Post Street, Suite 300
        San Francisco, California 94108

        ATTORNEYS. FOR SEIU LOCAL 1000

G:\DOCS\SHU\DSHU2\inBOX\Signed\cummings.wpd
Monday, 3 July 2006, 14:35:19 PM

**CERTIFICATE OF SERVICE**

I, W. James Young, counsel for Plaintiffs, hereby certify that I electronically filed with the Clerk of Court the foregoing **[Proposed] Amended Judgment in a Civil Case,** using the CM/ECF system which will send notification of such filing to Defendants' counsel, this 30th day of June, 2006.

/s/ W. James Young

W. JAMES YOUNG