ANNE M. GIESE, State Bar No. 143934
HARRY J. GIBBONS, State Bar No. 108881
Service Employees International Union, Local 1000
1108 "O" Street, Suite 327
Sacramento, California 95814
Telephone: (916) 326-4208
Facsimile: (916) 326-4276

JEFFREY B. DEMAIN, State Bar No. 126715
EILEEN B. GOLDSMITH, State Bar No. 218029
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for Defendant SEIU Local 1000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE A. CUMMINGS, *et al.* | Case No. CIV. S-99-2176 WBS DAD |
| Plaintiffs, | **ORDER DISBURSING REGISTRY FUNDS (CASH DEPOSIT IN LIEU OF SUPERSEDEAS BOND TO STAY JUDGMENT PENDING APPEAL)** |
| v. | |
| KATHLEEN CONNELL, Controller, State of California, *et al.*, | **E.D. Local Civil Rule 67-150(g)** |
| Defendants. | |

The parties to the above-captioned case have jointly requested the Court to issue an Order Disbursing Registry Funds to release the cash in lieu of supersedeas bond that defendant Service Employees International Union, Local 1000 (hereinafter "SEIU Local 1000),[1] deposited into this Court's registry on or about February 11, 2004, to stay pending appeal the award of attorneys' fees, costs and expenses, entered by this Court on December 12, 2003, which the

---

[1] "Service Employees International Union, Local 1000" is the current name of the defendant previously named in the pleadings as "California State Employees Association, Local 1000, SEIU, AFL-CIO, CLC."

**[PROPOSED] ORDER DISBURSING REGISTRY FUNDS**
*Cummings, et al. v. Connell, et al.*, Case No. CIV. S-99-2176 WBS DAD

1  Ninth Circuit subsequently vacated and remanded on appeal. Good cause appearing therefor,
2  the request is hereby GRANTED. The Clerk of this Court is hereby directed to disburse to
3  Defendants SEIU Local 1000 those funds in the Court's registry in the amount of the
4  $125,000.00 that SEIU Local 1000 deposited into the Court's registry and any interest earned on
5  that deposit, less the administrative fee. The funds shall be disbursed to SEIU Local 1000 in the
6  form of a check payable to California State Employees Association and sent to the attention of
7  Carey Howell, California State Employees Association, 1108 "O" Street, Suite 327, Sacramento,
8  California  95814.

   The foregoing is so ordered.

   Dated: July 7, 2006

   /s/ William B. Shubb
   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

   SEEN AND AGREED:        /s/ W. James Young

                           W. JAMES YOUNG, ESQ.
                           c/o National Right to Work Legal Defense Foundation, Inc.
                           8001 Braddock Road, Suite 600
                           Springfield, Virginia  22160
                           Telephone – (703) 321-8510
                           Facsimile – (703) 321-9319

                           STEVEN R. BURLINGHAM, ESQ.
                           California Bar No. 88544
                           Gary, Till & Burlingham
                           5330 Madison Avenue, Suite F
                           Sacramento, California  95841
                           Telephone – (916) 332-8122
                           Facsimile – (916) 332-8153

                           Attorneys for Plaintiffs and the Class