W. JAMES YOUNG, Esq.
c/o National Right to Work Legal
          Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia  22160
(703) 321-8510

STEVEN R. BURLINGHAM, Esq.
California Bar No. 88544
Gary, Till & Burlingham
5330 Madison Avenue, Suite F
Sacramento, California  95841
(916) 332-8122
Facsimile — (916) 332-8153

ATTORNEYS FOR PLAINTIFFS AND THE CLASS

---

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO, CALIFORNIA

| | |
|---|---|
| CHRISTINE A. CUMMINGS; *et al.*, ON BEHALF OF THEMSELVES AND THE CLASS THEY REPRESENT,<br><br>    Plaintiffs,<br><br>v.<br><br>KATHLEEN CONNELL, Controller, State of California; *et al.*,<br><br>    Defendants. | CASE NO. CIV-S-99-2176 WBS DAD<br><br>**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME**<br><br>**HEARING DATE**: Tuesday, 5 September 2006<br>**TIME**: 1:30 p.m.<br>**COURTROOM OF JUDGE SHUBB, COURTROOM 5, 15TH FLOOR** |

        Plaintiffs Christine A. Cummings, *et al.*, on behalf of themselves and the class they represent ("the Nonmembers"), hereby file their Stipulation and Proposed Order for an Extension of Time to file their joint (with Defendants) motion, pursuant to Rule 23(e)(1)(A) and/or 23(h), FED.R.CIV.P., Rule 54(d)(2), FED.R.CIV.P., and CIV.L.R. 54-293, E.D.CAL., for approval of a [Proposed] Class Notice regarding the settlement of the issue of attorneys' fees, costs, and expenses in the above-referenced matter, and in support thereof state:

        1.      This Court entered its final Amended Judgment in a Civil Case on 5 July 2006 (Clerk's

1   Docket No. 272).

2         2.      Pursuant to CIV.L.R. 54-293, E.D.CAL., Plaintiffs' Petition for Attorneys' Fees, Costs,

3   and Expenses Pursuant to 42 U.S.C. § 1983 would, in the normal course of matters, be due thirty days

4   thereafter, on 4 August 2006.

5         3.      The Nonmembers and Defendant SEIU Local 1000 have reached a tentative agreement

6   settling the Nonmembers' claim for attorneys' fees, costs, and expenses, and are currently in the

7   process of preparing the documents necessary to enter into that settlement, seek the Court's approval

8   of a notice necessary to notify the member of the class pursuant to Rule 23(e)(1)(A) and/or 23(h),

9   FED.R.CIV.P., and to facilitate, contemporaneously therewith, distribution of nominal damages

10  awarded by this Court.

11        4.      While the parties had hoped to file the necessary documents within the normal deadline

12  contemplated by CIV.L.R. 54-293, E.D.CAL., their intentions have proven too ambitious, and it appears

13  that a short, fourteen-day extension will provide a prudent time necessary to finalize the required

14  documents.

15        5.      Counsel for Defendants have been informed of Plaintiffs' intention to file this Motion,

16  and have authorized Plaintiffs' counsel to represent that they stipulate to it.

17  ////

18  ////

19  ////

20  ////

21  ////

22  ////

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////

1      WHEREFORE, the Nonmembers respectfully request that the Court enter an Order granting

2  them a fourteen-day extension in which to file their motion for approval of a [Proposed] Class Notice

3  regarding the settlement of the issue of attorneys' fees, costs, and expenses in the above-referenced

4  matter

5  DATED: 3 August 2006

6                              Respectfully submitted,

7                              /s/ W. James Young

8                              W. JAMES YOUNG, Esq.
                              c/o National Right to Work Legal

9                                  Defense Foundation, Inc.

10                             8001 Braddock Road, Suite 600
                             Springfield, Virginia  22160

11                             (703) 321-8510
                             Facsimile — (703) 321-9319

12                              STEVEN R. BURLINGHAM, Esq.
                             California Bar No. 88544

13                             Gary, Till & Burlingham
                             5330 Madison Avenue, Suite F

14                             Sacramento, California  95841
                             (916) 332-8122

15                             Facsimile — (916) 332-8153

16                            ATTORNEYS FOR PLAINTIFFS AND THE CLASS

17

18

19         IT IS SO ORDERED.

20

21  Dated:  August 4, 2006

22

23                             WILLIAM B. SHUBB
                             UNITED STATES DISTRICT JUDGE

24

25                                  G:\DOCS\SHU\DSHU2\inBOX\Signed\connell.wpd

26                                  Monday, 7 August  2006, 11:37:32 AM

27

28

1

### CERTIFICATE OF SERVICE

2       I, W. James Young, counsel for Plaintiffs, hereby certify that I electronically filed with the

3 Clerk of Court the foregoing **Stipulation and Proposed Order for Extension of Time,** using the

4 CM/ECF system which will send notification of such filing to Defendants' counsel, this 3rd day of

5 August, 2006.

6

7                                            _____/s/ W. James Young_____

8                                              W. JAMES YOUNG

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28