W. JAMES YOUNG, Esq.
c/o National Right to Work Legal
    Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia  22160
(703) 321-8510

STEVEN R. BURLINGHAM, Esq.
California Bar No. 88544
Gary, Till & Burlingham
5330 Madison Avenue, Suite F
Sacramento, California  95841
(916) 332-8122
Facsimile — (916) 332-8153

ATTORNEYS FOR PLAINTIFFS AND THE CLASS

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO, CALIFORNIA

| | |
|---|---|
| CHRISTINE A. CUMMINGS; *et al.*, ON BEHALF OF THEMSELVES AND THE CLASS THEY REPRESENT,<br><br>    Plaintiffs,<br><br>v.<br><br>KATHLEEN CONNELL, Controller, State of California; *et al.*,<br><br>    Defendants. | CASE NO. CIV-S-99-2176 WBS DAD<br><br>**[PROPOSED] NOTICE OF MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS AND EXPENSES PURSUANT TO 42 U.S.C. § 1988**<br><br>HEARING DATE: Monday, November 27, 2006<br>TIME: 1:30 p.m.<br>COURTROOM OF JUDGE SHUBB, COURTROOM 5, 15TH FLOOR |

TO ALL CLASS MEMBERS IN THE ABOVE-CAPTIONED CASE:

    PLEASE TAKE NOTICE that Plaintiffs in the above-captioned case, Christine A. Cummings, *et al.*, will move the Court for an award of attorneys' fees, costs, and expenses incurred in litigating the case.  The motion will be heard on November 27, 2006, at 1:30 p.m., or as soon thereafter as possible, in the courtroom of the Honorable William B. Shubb, located at 501 "I" Street, Sacramento,

1  California, Courtroom 5, 15th Floor.

2     The motion, which is based on 42 U.S.C. § 1988 and Federal Rule of Civil Procedure 23(h), requests a total of $125,000.00 in attorneys' fees and costs to counsel for Plaintiff and the class Plaintiffs represent, as the Court previously certified in this action.  This amount was computed by multiplying the hourly rates of Class Counsel by the number of hours they reasonably devoted to the litigation (after eliminating a substantial number of hours through the exercise of billing judgment), and by adding the statutory costs and out-of-pocket litigation expenses they incurred in the litigation. This amount is sought from Defendant Service Employees International Union, Local 1000 ("SEIU Local 1000"), not from any of the class members, nor will it come out of any recovery to any of the class members.  The Defendant does not object to the request for $125,000.00 in attorneys' fees and costs, as requested in the motion, based upon a settlement between the parties.  The amount is divided as follows: $115,000 for work performed prior to the Ninth Circuit's amendment of its mandate on 24 April 2006, and $10,000 for work performed and expenses needed to negotiate the settlement, address matters on remand, including distribution of nominal damages (in the amount of $1.00, enclosed pursuant to the agreement of the parties), to pursue this award, and to close the case.

    This notice summarizes Plaintiffs' Motion for attorneys' fees.  More information regarding the Motion and the litigation are contained in a memorandum and appended documents which have been or will be filed with the Court.  A copy of these documents can be obtained by writing to Class Counsel at the address provided below.  Do NOT contact the Court, the Clerk's Office, counsel for Defendant, or Defendant.

    You do not need to take any action in response to this notice.  Any class member wishing to object to this motion for attorneys' fees and costs must submit a written objection in the manner discussed in the next paragraph. You are a class member if (1) you were employed by the State of California in a job classification assigned to State Bargaining Unit Nos. 1, 3, 4, 11, 14, 15, 17, 20, and 21 at any time between 1 April 1999, and 30 June 2000, and (2) at any time during that same period you were a non-member of SEIU Local 1000, then also known as the California State Employees Association ("CSEA").

    If you are a class member and you wish to object to the fee Motion, you must send a signed

letter to Class Counsel, stating that you wish to object to the Motion for attorneys' fees and costs in *Cummings v. Connell*, E.D. CAL. Case No. CIV-S-99-2176 WBS DAD, and must include your name, address, telephone number, and the reasons for your objection. If you wish to appear and speak at the Court hearing on the motion on November 27, 2006, you must state that in your objection letter, as well. Any such objection letter must be postmarked no later than fourteen (14) days before the hearing, and must be sent to the following address: W. James Young, Class Counsel, c/o National Right to Work Legal Defense Foundation, Inc., 8001 Braddock Road, Suite 600, Springfield, Virginia 22160. Class Counsel will file your objection letter with the Court and send a copy to SEIU Local 1000's counsel. Any objection you have to the fee motion will be waived unless you raise it by the time and in the manner stated in this paragraph.

As noted above, the Court will hold a hearing on the attorneys' fee Motion on Monday, November 27, 2006. You do not need to appear at the hearing, but you are welcome to come at your own expense. You will not be permitted to speak at the hearing in opposition to the fee motion unless you have objected to the motion in writing and stated in your objection letter that you intend to appear and speak at the hearing, as discussed above. The Court in charge of this case will decide whether Plaintiffs' are entitled to an award of reasonable attorneys fees as well as the amount which is reasonably incurred in prosecuting this civil action.

                    BY ORDER OF THE COURT:

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Dated: September 13, 2006

G:\DOCS\SHU\DSHU2\inBOX\Signed\Class Notice.wpd
Wednesday, 13 September 2006, 13:24:47 PM