W. JAMES YOUNG, Esq.
c/o National Right to Work Legal
    Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
(703) 321-8510

STEVEN R. BURLINGHAM, Esq.
California Bar No. 88544
Gary, Till & Burlingham
5330 Madison Avenue, Suite F
Sacramento, California 95841
(916) 332-8122
Facsimile — (916) 332-8153

ATTORNEYS FOR PLAINTIFFS AND THE CLASS

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO, CALIFORNIA

| | |
|---|---|
| CHRISTINE A. CUMMINGS; *et al.*, ON BEHALF OF THEMSELVES AND THE CLASS THEY REPRESENT,<br><br>    Plaintiffs,<br><br>v.<br><br>KATHLEEN CONNELL, Controller, State of California; *et al.*,<br><br>    Defendants. | CASE NO. CIV-S-99-2176 WBS DAD<br><br>**ORDER APPROVING CLASS NOTICE** |

This matter comes before the Court on the Joint Motion for Approval of Class Notice. The Court has considered said Motion and the proposed Class Notice, and finds that the proposed Class Notice satisfies all requirements of Rule 23(h), FED.R.CIV.P.

IT IS THEREFORE ORDERED that the proposed Class Notice attached to said Motion is approved.

IT IS FURTHER ORDERED that the Controller of the State of California shall cooperate with Defendant SEIU Local 1000 in facilitating distribution of the nominal damages award

1  contemporaneously with the Class Notice.

2      IT IS FURTHER ORDERED that the Controller of the State of California and Defendant SEIU
3  Local 1000 cooperate to distribute the nominal damages payments and the Class Notice that the Court
4  has approved within seven weeks of the date of this Order.  Upon completion of said mailing, the State
5  Controller and/or Defendant SEIU Local 1000 shall promptly submit to the Court a certification
6  confirming the date upon which the mailing of the Class Notice was completed.

7  ////
8  ////
9  ////
10 ////
11 ////
12 ////
13 ////
14 ////
15 ////
16 ////
17 ////
18 ////
19 ////
20 ////
21 ////
22 ////
23 ////

IT IS FURTHER ORDERED that the deadline for filing the fee Petition shall be fourteen (14) days after the date that the last Class Notice was mailed or the filing of the certification as to mailing, whichever is later.

IT IS SO ORDERED.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Dated:  September 13, 2006

SEEN AND AGREED,

/s/ W. James Young

W. JAMES YOUNG, Esq.
c/o National Right to Work Legal
       Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia  22160
(703) 321-8510
Facsimile — (703) 321-9319

ATTORNEY FOR PLAINTIFFS AND THE CLASS

/s/ Jeffrey B. Demain

JEFFREY B. DEMAIN, Esq.
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, California 94108
(415) 421-7151
Facsimile — (415) 362-8064

ATTORNEY FOR DEFENDANT SEIU LOCAL 1000

/s/ Leslie R. Lopez

BILL LOCKYER, Attorney General of the State of California
LESLIE R. LOPEZ, Deputy Attorney General
1300 I Street
Post Office Box 944255
Sacramento, California 94244-0973

ATTORNEY FOR DEFENDANT KATHLEEN CONNELL/STEVE WESTLY

## CERTIFICATE OF SERVICE

I, W. James Young, counsel for Plaintiffs, hereby certify that I electronically filed with the Clerk of Court the foregoing **[Proposed] Order Approving Class Notice,** using the CM/ECF system which will send notification of such filing to Defendants' counsel, this 11th day of August, 2006.

                                          /s/ W. James Young

                                          W. JAMES YOUNG